# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| RORY SCALES, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:20-cv-0065-AMM-SGC |
| TALLADEGA COUNTY JAIL, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On June 24, 2021, the magistrate judge entered a report recommending Rory Scales's motion for summary judgment, Doc. 22, be denied and his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, be dismissed with prejudice. Doc. 30. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court adopts the magistrate judge's report and accepts her recommendations. Mr. Scales's motion for summary judgment, Doc. 22, is **DENIED** and his petition for writ of habeas corpus, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

The court will enter a separate Final Judgment.

**DONE** and **ORDERED** this 20th day of July, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE